No. 63, Misc. NEWTON *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *James B. Wilkinson* for respondent.

No. 70, Misc. LOUX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Ralph J. Steinberg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 72, Misc. ST. CLAIR *v.* NAPOLI, U. S. DISTRICT JUDGE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 73, Misc. BRADWELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Gerald F. Stevens* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 74, Misc. SMITH *v.* EYMAN, WARDEN, ET AL. Sup. Ct. Ariz. Certiorari denied. *Gary K. Nelson,* Attorney General of Arizona, and *James S. Tegart,* Assistant Attorney General, for respondents.

No. 76, Misc. MINOR *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied. *Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz,* Assistant Attorney General, for respondent.

No. 77, Misc. VELASCO ET AL. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Richard W. Lowery* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for respondent.